Car City Auto Wholesale

4/11/19

1985 A.M. Nash Rd.

Manning SC, 29102

Please Withdraw Claim #5 on behalf of Car City Auto Wholesale.

Case # 18-01786/JW
Case name: Harry Abraham

Thank You

Stan Rhuland
(Owner)

Cheryl B. Johnson
(Secretary)

FILED
2019 APR 15 PM 1:01
U.S. BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

CAR CITY AUTO WHOLESALES
1985 A M Nash Road
Manning SC 29102
(803) 473-2828

US Bankruptcy Court
1100 Laurel St.
Columbia SC, 29201

COLUMBIA SC 290
12 APR 2019 PM 1 L

